UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE HINES and KIMBERLY
SIMPSON,

    Plaintiffs,

v.

THE CITY OF BRIGHTON, DANA
FOSTER, and KIMBERLY CASTLE,

    Defendants.
_____/

Case No. 06-11263

Honorable Patrick J. Duggan

## **JUDGMENT**

    Clarence Hines and Kimberly Simpson (collectively "Plaintiffs") filed this action against the City of Brighton ("City"), Dana Foster, the City Manager, and Kimberly Castle, the former Community Development Director (collectively "Defendants"), alleging deprivations of their constitutional rights under 42 U.S.C. §§ 1981, 1983, and 1985, and a violation of Michigan common law. Plaintiffs' Complaint asserts the following counts: Count I (Denial of Equal Protection); Count II (Denial of Substantive Due Process); Count III (Denial of Procedural Due Process); Count IV (Conspiracy); Count V (Denial of Right to Enforce Contracts); and Count VI (Tortious Interference With Contractual Relations). In an Opinion and Order issued on this date, the Court granted Defendants summary judgment on all of Plaintiffs' claims.

    Accordingly,

    **IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Complaint is

**DISMISSED WITH PREJUDICE**.

DATED: January 14, 2008        s/PATRICK J. DUGGAN
                               UNITED STATES DISTRICT JUDGE

Copies to:
Joan M. Barnes, Esq.
James E. Tamm, Esq.